UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LATOYA EILEEN PRITCHARD,**

**Plaintiff,**

v.                                                                Case No: 6:20-cv-951-GKS-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

THIS CAUSE came on for consideration upon Plaintiff Latoya Eileen Pritchard's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d), together with exhibits, (Doc. 27), in the amount of $8,405.75, which the Court referred to the United States Magistrate Judge for a report and recommendation (Report and Recommendation). Having reviewed and considered the Report and Recommendation (Doc. 28) entered on August 2, 2021, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion is **GRANTED in part**, as follows:

Plaintiff is awarded attorney's fees in the amount of $8,331.45, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), (Doc. 28).

3. The Clerk of the Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Latoya Eileen Pritchard and against Defendant Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___19___ day of August, 2021.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties